1  FRANKLIN J. LOVE, Bar #80334
2  LAW OFFICE OF FRANKLIN J. LOVE
3  800 S. Barranca Ave., Ste. 100
   Covina, California 91723
4  (626)653-0455

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC. | CASE No.CV03-6855ER (PJWx) |
| Plaintiff, | **RENEWAL OF DEFAULT JUDGMENT** |
| vs. | **BY CLERK** |
| MARIA ESPERANZA GALDAMEZ, individually and dba PLAYA AZUL, INC., etc. et. al. | |
| Defendants | |

   Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

   The default judgment entered on March 4, 2005 against defendants, **ANATACIO FELIX MORALES, JR. individually and dba PLAYA AZUL, INC.**

///

is hereby renewed on the amounts set forth:

**RENEWAL OF MONEY JUDGMENT**

|   |   |   |
|---|---|---|
| a. | Total judgment | $16,500.00 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney fees | 0.00 |
| d. | Subtotal (add a thru c) | 16,500.00 |
| e. | Credits after Judgment | 0.00 |
| f. | Subtotal (substract e from d) | 16,500.00 |
| g. | Interest after judgment | 4,082.04 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **$20,582.04** |

DATED: 1/29/2015          Clerk by J. Remigio