Calvin F. Love, Bar #307493
LAW OFFICES OF FRANKLIN J. LOVE
800 S. Barranca Ave., Ste. 100
Covina, CA 91723
Ph: (626)653-0455
Fax (626)653-0465

Attorney for Creative Recovery Concepts, Inc.
Assignee of Judgment

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC.<br><br>Plaintiff<br><br>vs<br><br>MARIA ESPERANZA GALDAMEZ individually and dba PLAYA AZUL, INC.; ANATACIO FELIX MORALES, JR. individually and dba PLAYA AZUL, INC.<br><br>Defendants | CASE No. CV 03-6855 ER(PJWx)<br><br>**RENEWAL OF DEFAULT JUDGMENT BY CLERK** |

Based upon the Application for Renewal of Judgment of the renewed original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 683.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on March 4, 2005 on behalf of Plaintiff, **GARDEN CITY BOXING CLUB, INC.,** which was then assigned by Plaintiff to Assignee of Judgment, **CREATIVE RECOVERY CONCEPTS, INC.** and renewed on 01/29/2015 in favor of Assignee of Judgment, **CREATIVE RECOVERY CONCEPTS, INC.**

PAGE 1                                              RENEWAL OF JUDGMENT
                                                    CASE NO. CV 03-6855 ER (PJWX)

and against defendant, **ANATACIO FELIX MORALES, JR. individually and dba PLAYA AZUL, INC.,** is hereby renewed in the following amounts:

**Renewal of money judgment**

| | | |
|---|---|---:|
| a. | Total Judgment as last renewed | $20,582.04 |
| b. | Costs after Judgment | 0.00 |
| c. | Attorney Fees | 0.00 |
| d. | Subtotal (add a and b) | 20,582.04 |
| e. | Credits after judgment | 0.00 |
| f. | Subtotal (subtract e from d) | 20,582.04 |
| g. | Interest after judgment | 4,018.00 |
| h. | Fee for filing renewal | 0.00 |
| **i.** | **TOTAL RENEWED JUDGMENT** | **$24,600.04** |

DATED: December 15, 2022            Clerk by _Sharon Hall Brown_
                                            Deputy Clerk

KIRY K. GRAY. Executive Clerk of Court
United States District Court